# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-68-GF-WWM |
| Plaintiff, | |
| vs. | *NUNC PRO TUNC* ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT AND APPOINTING NEW COUNSEL |
| RAYMOND DAVID BOGGS, | |
| Defendant. | |

On February 19, 2026, the Federal Defenders of Montana moved to withdraw as counsel for Defendant Raymond David Boggs due to the discovery of a conflict of interest. (Doc. 41). On February 20, the Court ordered counsel for Defendant to file to a disclosure under seal stating (1) the basis for the conflict of interest, (2) the date on which the conflict of interest was discovered, and (3) the reason(s) the conflict of interest was not discovered earlier based upon the discovery produced by the United States. (Doc. 42). Upon review of Defendant's responsive *ex parte* disclosure regarding the conflict of interest (Doc. 43), and for good cause appearing:

**IT IS HEREBY ORDERED** that R. Henry Branom Jr., Clark Mathews, and the Federal Defenders of Montana be relieved of all legal duties to Defendant Raymond David Boggs, pursuant to 18 U.S.C. § 3006A.

**IT IS FURTHER ORDERED** that the Attorney named below, a member of the CJA Panel of this District, is appointed to represent Defendant at every stage of the proceedings, including ancillary matters appropriate to the proceedings.

Name:      Timothy M. Bechtold
           Bechtold Law Office
Address:   P.O. Box 7051
           Missoula, MT 59807
Telephone: (406) 721-1435

**IT IS FURTHER ORDERED** that this appointment shall be retroactive to February 19, 2026, pursuant to 18 U.S.C. § 3006A(b).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 24th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE